## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

RAFAEL SOLANO,

                        Plaintiff,

                                                                9:20-cv-1378 (BKS/ML)

v.

CORRECTION OFFICER A. AUBIN,

                        Defendant.

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**VERDICT SHEET**

## Question 1

### Eighth Amendment – Excessive Force

Has Plaintiff Solano proven by a preponderance of the evidence each and every element of his Eighth Amendment claim under 42 U.S.C. § 1983 for excessive force against Defendant Aubin?

Yes_____    No_____

**If you answered YES in Question 1, proceed to Question 2. If you answered NO in Question 1, your deliberations are complete. The Foreperson should sign and date the final page and inform the Court Security Officer that a unanimous verdict has been reached.**

## Question 2

### Eighth Amendment – Excessive Force – Compensatory or Nominal Damages

What amount, if any, do you award as compensatory damages against Defendant Aubin in connection with Plaintiff Solano's Eighth Amendment claim under 42 U.S.C. § 1983 for excessive force? (*Please Note*: If you find that the Plaintiff's rights were violated but that the Plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual damages, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$_____

**Proceed to Question 3.**

## Question 3

### Eighth Amendment – Excessive Force – Punitive Damages

Do you find that Plaintiff Solano is entitled to an award of punitive damages in connection with his Eighth Amendment claim under 42 U.S.C. § 1983 for excessive force against Defendant Aubin?

Yes_____    No_____

**Your deliberations are complete. The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.**

**Foreperson:** _____    **Date:** _____